IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

COLTON RICKELS,

    Plaintiff,

v.

WARDEN D. LEU, T. KILPATRICK,
D. DAVIS, and BOBBY MCCLURE,

    Defendants.

**Judgment in a Civil Case Case**

**Number 5:21-CT-3050-FL**

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

This judgment filed and entered on September 14, 2022, with service on:

Colton Rickels      (via U.S. Mail)
13932-029
Butner Medium II - F.C.I.
P.O. Box 1500
Butner, NC 27509

September 14, 2022      PETER A MOORE, JR., CLERK

    by   *[signature]*
        Deputy Clerk